Nicole L. Hazlett (SBN 310052)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor,
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
nhazlett@consumerlawcenter.com
TIMOTHY KUNKEL

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KUNKEL, | Case No.: 3:14-cv-02324-MMA-MDD |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

TIMOTHY KUNKEL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, MIDLAND CREDIT MANAGEMENT, INC. (Defendant), in this case.

Dated: January 12, 2017

/s/ Nicole L. Hazlett
Nicole L. Hazlett (SBN 310052)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor,
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
nhazlett@consumerlawcenter.com
TIMOTHY KUNKEL

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A copy of said Voluntary Dismissal With Prejudice was electronically submitted to all parties by the Court's CM/ECF System.

/s/ Nicole L. Hazlett
Nicole L. Hazlett
Attorney for Plaintiff